UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALLSTREAM BUSINESS US, LLC**, an Oregon limited liability company, | Case No.: 3:20-cv-01970-IM |
| Plaintiff, | |
| v. | **DECLARATION OF MARIA DE SAM LAZARO IN SUPPORT OF ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS CARRIER NETWORK SOLUTIONS, LLC AND ERIC MOSTROM** |
| **CARRIER NETWORK SOLUTIONS, LLC**, a South Carolina limited liability company; and **ERIC MOSTROM**, an individual, | |
| Defendants. | |

I, Maria de Sam Lazaro, declare as follows:

1. I am over 18 years old, and am an attorney at Lathrop GPM LLP in Minneapolis, Minnesota. I am one of the attorneys representing Plaintiff Allstream Business US, LLC ("Allstream") in the above-captioned litigation. I submit this declaration in support of entry of default and default judgment against Defendants Carrier Network Solutions, LLC ("CNS") and Eric Mostrom ("Mostrom") (collectively, "Defendants") based on my personal knowledge of the following facts.

GENERAL FACTUAL AND PROCEDURAL BACKGROUND

2. Allstream and CNS entered into a contract in November 2018, pursuant to which CNS agreed to pay for long distance telecommunications services provided by Allstream. However, after CNS failed to pay invoices totaling more than $4 million, Allstream ultimately terminated the contract in January 2020.

DECLARATION OF M. DE SAM LAZARO                                                                 1

3. Allstream subsequently filed suit against CNS, as well as Mostrom (CNS's sole member), asserting claims for breach of contract, account stated, unjust enrichment, violation of the South Carolina Uniform Limited Liability Company Act, violation of the Oregon Uniform Fraudulent Transfer Act, and piercing the corporate veil.

4. Allstream filed its complaint in the United States District Court for the District of Oregon on November 12, 2020 (ECF 1). On November 13, 2020, the Court issued a Summons for each Defendant (ECF 6, 6-1), as well as a Pretrial Scheduling Order (ECF 5).

5. As detailed below, Allstream served each Defendant with the Complaint, the relevant Summons, and the Pretrial Scheduling Order via office service on January 19, 2021.

6. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants were required to serve an answer within 21 days after being served with the Summons and Complaint. In this case, Defendants' answers were due on or before February 9, 2021.

7. Neither CNS nor Mostrom filed or served a responsive pleading on or before that date. Defendants have not contacted Allstream or its counsel since being served with the Summons and Complaint, and have given no indication of any intent to plead or otherwise defend this action.

8. Therefore, entry of default against both Defendants is appropriate pursuant to Fed. R. Civ. P. 55(a).

9. Moreover, because Allstream's claim is for a sum certain—$13,872,449.41—default judgment pursuant to Fed. R. Civ. P. 55(b)(1) is likewise appropriate.

//

//

//

DECLARATION OF M. DE SAM LAZARO                                                    2

SERVICE ON DEFENDANT ERIC MOSTROM

10. Fed. R. Civ. P. 4(e)(1) provides that an individual—other than a minor or incompetent person—may be served by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located.

11. Mostrom is not a minor or an incompetent person, and therefore may be served by following Oregon law for serving a summons.

12. Oregon Rule of Civil Procedure 7(D)(3)(a)(i) provides that an individual may be served with a summons by personal service, substituted service, or office service. In this case, Mostrom was served by office service.

13. If a defendant maintains an office for the conduct of business, Oregon Rule of Civil Procedure 7(D)(2)(c) provides two steps that a plaintiff must follow to accomplish office service: (1) leave a true and correct copy of the summons and complaint at the office during normal working hours with the person who is apparently in charge; and (2) send a copy of the summons and complaint to the defendant's place of business via first class mail, along with a statement of the date, time, and place at which office service was made.

14. TruSpeed LLC ("TruSpeed") is a broadband internet company which maintains an office at 24078 Greenway Road, Forest Lake, Minnesota 55025.

15. On January 15, 2021, process server Neil Hanson ("Hanson") visited the TruSpeed office, and spoke with receptionist Tearah Riga ("Riga"). Riga confirmed that TruSpeed is owned by Mostrom and his brother.

16. Riga informed Hanson that Mostrom was generally at the TruSpeed office on a regular basis, but happened to be absent that day because of a personal trip to Washington DC.

DECLARATION OF M. DE SAM LAZARO                                                                 3

17. Hanson delivered true and correct copies of the Summons, Complaint, and Pretrial Scheduling order to Riga, who stated that she would ensure the documents were delivered to Mostrom upon his return to the office. Hanson's affidavit of service was filed on January 27, 2021 (ECF 12-1), and a true and correct copy is attached hereto as **Exhibit 1**.

18. On January 19, 2021, Tammy Hahn ("Hahn") sent a copy of the Summons, Complaint, Pretrial Scheduling Order, and Hanson's affidavit of service to Mostrom via first class mail at the 24078 Greenway Road address. Hahn's affidavit of service was filed on January 27, 2021 (ECF 12-2), and a true and correct copy is attached hereto as **Exhibit 2**.

19. Pursuant to Oregon Rule of Civil Procedure 7(D)(2)(c), service upon Mostrom was complete upon this mailing: January 19, 2021.

<u>SERVICE ON DEFENDANT CNS</u>

20. Fed. R. Civ. P. 4(h)(1)(A) provides that an unincorporated business association such as CNS can be served by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located.

21. Oregon Rule of Civil Procedure 7(D)(3)(c)(i) provides that a limited liability company such as CNS may be served by personal or office service upon a registered agent, manager, or member.

22. Mostrom is CNS's only member, and is its registered agent. A true and correct copy of CNS's July 27, 2015 Notice of Change of Agent for Service of Process (designating Mostrom as registered agent) is attached hereto as **Exhibit 3**. A true and correct screenshot of the South Carolina Secretary of State's online business records for CNS is attached hereto as **Exhibit 4**. That screenshot was taken on March 3, 2021, and confirms that Mostrom is still listed as registered agent for CNS.

23. Allstream served CNS by effecting office service on Mostrom. On January 15, 2021, Hanson delivered true and correct copies of the Summons, Complaint, and Pretrial Scheduling Order to Riga at the TruSpeed office in Forest Lake, Minnesota. Hanson's affidavit of service was filed on January 27, 2021 (ECF 11-1), and a true and correct copy is attached hereto as **Exhibit 5**.

24. On January 19, 2021, Hahn followed up by sending a copy of the Summons, Complaint, Pretrial Scheduling Order, and Hanson's affidavit of service to CNS, care of Mostrom, at the Forest Lake address. Hahn's affidavit of service was filed on January 27, 2021 (ECF 11-2), and a true and correct copy is attached hereto as **Exhibit 6**.

25. Pursuant to Oregon Rule of Civil Procedure 7(D)(2)(c), service upon CNS was complete upon this mailing: January 19, 2021.

## AMOUNT OF ALLSTREAM'S CLAIM

26. Where a plaintiff's claim is for a sum certain (or one that can be made certain by computation), Fed. R. Civ. P. 55(b)(1) provides that a clerk must enter judgment against a defaulting defendant for that sum plus costs.

27. Here, Allstream's claim is for a sum that can be made certain by referring to the 2018 contract, as amended (the contract and addenda are attached as Exhibits A, C, D to Allstream's Complaint).

28. Pursuant to Section 3.1 of the 2018 contract, CNS was required to pay all invoiced amounts within 30 days. CNS failed to pay invoices totaling $4,130,737.41, as detailed in paragraph 39 of Allstream's Complaint.

29. Because Allstream terminated the 2018 contract for cause, CNS was required to pay an early termination fee "equal to the [Monthly Recurring Charges] for the terminated

Service(s) for the balance of the Service Term, plus any additional Charges incurred by Allstream." (Section 2.3). As noted in Allstream's December 23, 2019 Notice of Breach (attached as Exhibit E to the Complaint), the early termination fee was $9,740,000.

30. Allstream incurred costs totaling $1,310 related to locating and serving Defendants with the Summons, Complaint, and Pretrial Scheduling Order in this matter. A true and correct copy of the invoice for these services is attached hereto as **Exhibit 7**.

31. Allstream also incurred a filing fee of $402 when it filed its Complaint in this matter.

32. Therefore, Allstream's total costs are $1,712.00.

33. Adding these three amounts together, Allstream is entitled to default judgment pursuant to Fed. R. Civ. P. 55(b)(1) in the amount of $13,872,449.41.

Pursuant to 28 U.S.C. § 1746(2) and Local Rule 10-3(c), I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: March 3, 2021<br><br>State: Minnesota<br><br>County: Hennepin | *s/ Maria S. de Sam Lazaro*<br>Maria S. de Sam Lazaro |

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

Case No.: 3:20-cv-01970-IM

Allstream Business US, LLC,

Plaintiff,

v.

**AFFIDAVIT OF SERVICE ON
ERIC MOSTROM**

Carrier Network Solutions, LLC and
Eric Mostrom,

Defendants.

Neil Hanson, being duly sworn, on oath says:

1.  I am over 18 years old, and a resident of Minnesota. I am not a party to, nor an officer,
    director, or employee of, nor attorney for any party, corporate or otherwise, in the above-
    captioned litigation.

2.  At 11:05am on January 15, 2021, I visited the registered office of TruSpeed LLC
    ("TruSpeed"), located at 24078 Greenway Road, Suite 10, Forest Lake, Minnesota
    55025.

3.  At that office, I spoke with the receptionist, Tearah Riga. Ms. Riga informed me that
    TruSpeed is owned and operated by Eric Mostrom and his brother.

4.  Ms. Riga informed me that, while Mr. Mostrom is generally in the TruSpeed office on a
    regular basis, he was not at the office that day because he was in Washington DC.

5.  I handed true and correct copies of the Summons, Complaint, and Case Management
    Order relating to the above-captioned litigation to Ms. Riga, who stated that she would
    ensure that the documents are delivered to Mr. Mostrom.

Subscribed and sworn to before me on

_____1/21/21_____
(Date)

_____
(Signature of Notary)

_____
Neil Hanson, Process Server

JEREMY MICHAEL FUCHS
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2022

2

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

Case No.: 3:20-cv-01970-IM

Allstream Business US, LLC,

               Plaintiff,

v.

Carrier Network Solutions, LLC and
Eric Mostrom,

               Defendants.

**DECLARATION OF TAMMY HAHN
REGARDING SERVICE OF SUMMONS
AND COMPLAINT ON ERIC
MOSTROM**

I, Tammy Hahn, declare as follows:

1.  I am over 18 years old, and a resident of Minnesota. I am not a party to, nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise, in the above-captioned litigation.

2.  At 4:21 p.m. on January 19, 2021, I caused the following documents relating to the above-captioned litigation to be sent to Eric Mostrom, via first class mail, at 24078 Greenway Road, Suite 10, Forest Lake, Minnesota 55025: (1) Summons; (2) Complaint; (3) Case Management Order (ECF No. 5); and (4) Affidavit of Service of Neil Hanson, process server, stating the date, time, and place at which office service was made.


Date: January 20, 2021                                    s/*Tammy Hahn*
                                                  Tammy Hahn

County: <u>Hennepin</u>

State: Minnesota

# EXHIBIT 3

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Oct 15 2020
REFERENCE ID: 632974


SECRETARY OF STATE OF SOUTH CAROLINA

## STATE OF SOUTH CAROLINA
## SECRETARY OF STATE

### NOTICE OF CHANGE OF (1) DESIGNATED OFFICE, (2) AGENT FOR SERVICE OF PROCESS, OR (3) ADDRESS OF AGENT
Limited Liability Company – Domestic and Foreign
Filing Fee - $10.00

**TYPE OR PRINT CLEARLY IN BLACK INK**

Pursuant to S.C. Code of Laws §33-44-109, the limited liability company submits the following statement of change.

1.  The name of the limited liability company is **Carrier Network Solutions, LLC**

2.  The limited liability company is (check either "a" or "b," whichever is applicable)

    ☑ a.  A South Carolina limited liability company.

    ☐ b.  A foreign limited liability company authorized to transact business in South Carolina.

3.  (a)  The South Carolina street address of the current designated office for the limited liability company is

    669 N. Academy St

    | | Street Address | |
    |---|---|---|
    | Greenville | Greenville | 29601 |
    | City | County | Zip Code |

    (b)  The name of the company's current agent for service of process is **Braxton M. Cutchin**

    (c)  The South Carolina street address of the current registered agent's office is

    669 N. Academy St

    | | Street Address | |
    |---|---|---|
    | Greenville | Greenville | 29601 |
    | City | County | Zip Code |

4.  Check and complete **all** boxes (a-c) that apply.

    ☑ (a)  The company is changing the address of its designated office.

    The new South Carolina address of the designated office of the limited liability company is

    4 Spoleto Court

    | | Street Address | |
    |---|---|---|
    | Greenville | Greenville | 29609 |
    | City | | Zip Code |

**160810-0009     FILED: 08/05/2015**
CARRIER NETWORK SOLUTIONS, LLC
Filing Fee. $10.00 ORIG



Mark Hammond          South Carolina Secretary of State

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Oct 15 2020
REFERENCE ID: 632974

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

**Carrier Network Solutions, LLC**
_____
Name of Limited Liability Company

☑ (b) The company is changing its agent for service of process.

The name of the company's new agent for service of process is _Eric Mostrom_

| I hereby consent to the appointment as registered agent. |
|---|
| **X** _____ Agent's Signature |

☑ (c) The company is changing the street address of the agent for service of process.

The new South Carolina street address of the registered agent's office is

4 Spoleto Court
_____
Street Address

| Greenville | Greenville | 29609 |
|---|---|---|
| City | County | Zip Code |

5.  Unless otherwise specified, these articles are effective when endorsed for filing by the Secretary of State. Specify the time and date of any delayed effective date _7/27/2015_

**X** _____          _Eric Mostrom_
Signature **(Please see the Filing Checklist below)**          Print or Type Name

Capacity/Position of Person Signing (**You must check one box.**)          Date _7/27/2015_

☐ Manager     ☑ Member     ☐ Organizer

☐ Fiduciary     ☐ Attorney-in-Fact

## Filing Checklist

- Notice of Change of (1) Designated Office, (2) Agent for Service of Process, or (3) Address of Agent (filed in duplicate)
- $10.00 made payable to the Secretary of State's Office
- Self-Addressed, Stamped Return Envelope
- Make sure the proper individual has signed the form (Please see S.C. Code of Laws §33-44-205(a))
    **Limited Liability Company forms filed with the Secretary of State must be signed in the name of the company by a:**  **(1) manager of a manager-managed company**
      **(2) member of a member-managed company**
      **(3) person organizing the company, if the company has not been formed or**
      **(4) fiduciary, if the company is in the hands of a receiver, trustee or other court-appointed fiduciary**
- Return all documents to:     South Carolina Secretary of State's Office
      Attn: Corporate Filings
      1205 Pendleton Street, Suite 525
      Columbia, SC 29201

# EXHIBIT 4



# EXHIBIT 5

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

Case No.: 3:20-cv-01970-IM

Allstream Business US, LLC,

Plaintiff,

v.

Carrier Network Solutions, LLC and
Eric Mostrom,

Defendants.

**AFFIDAVIT OF SERVICE ON
CARRIER NETWORK SOLUTIONS,
LLC**

Neil Hanson, being duly sworn, on oath says:

1.  I am over 18 years old, and a resident of Minnesota. I am not a party to, nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise, in the above-captioned litigation.

2.  At 11:05am on January 15, 2021, I visited the registered office of TruSpeed LLC ("TruSpeed"), located at 24078 Greenway Road, Suite 10, Forest Lake, Minnesota 55025.

3.  At that office, I spoke with the receptionist, Tearah Riga. Ms. Riga informed me that TruSpeed is owned and operated by Eric Mostrom and his brother.

4.  Ms. Riga informed me that, while Mr. Mostrom is generally in the TruSpeed office on a regular basis, he was not at the office that day because he was in Washington DC.

5.  I handed true and correct copies of the Summons, Complaint, and Case Management Order relating to the above-captioned litigation to Ms. Riga, who stated that she would

ensure that the documents are delivered to Mr. Mostrom, who is the registered agent and

sole member of Carrier Network Solutions, LLC.

Subscribed and sworn to before me on

1/21/21
(Date)

(Signature of Notary)

Neil Hanson, Process Server

JEREMY MICHAEL FUCHS
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2022

2

# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

Case No.: 3:20-cv-01970-IM

Allstream Business US, LLC,

          Plaintiff,

v.

Carrier Network Solutions, LLC and
Eric Mostrom,

          Defendants.

**DECLARATION OF TAMMY HAHN
REGARDING SERVICE OF SUMMONS
AND COMPLAINT ON CARRIER
NETWORK SOLUTIONS, LLC**

I, Tammy Hahn, declare as follows:

1. I am over 18 years old, and a resident of Minnesota. I am not a party to, nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise, in the above-captioned litigation.

2. At 4:21 p.m. on January 19, 2021, I caused the following documents relating to the above-captioned litigation to be sent to Carrier Network Solutions, LLC, care of Eric Mostrom, via first class mail, at 24078 Greenway Road, Suite 10, Forest Lake, Minnesota 55025: (1) Summons; (2) Complaint; (3) Case Management Order (ECF No. 5); and (4) Affidavit of Service of Neil Hanson, process server, stating the date, time, and place at which office service was made.

Date: January 20, 2021

County: <u>Hennepin</u>

State: Minnesota

                                      s/*Tammy Hahn*
                                      Tammy Hahn

# EXHIBIT 7



legal support specialists since 1969

330 2nd Avenue South
Suite 150
Minneapolis, MN 55401
Phone: 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Public Records Searches
Real Property Recordings
Courier Service
Nationally Arranged Services
Skip Tracing & Investigations

**Send To:**

Tammy Hahn
Lathrop GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402-

| CUST ID Order Number | Bill Reference | Terms | Order Date |
|---|---|---|---|
| LATGPL  2455174 | 0709235 | Net 30 | 11/17/2020 |

| Item | Description | Amount |
|---|---|---|
| NS1Z | Nationally Arranged Service-48 Hour Service<br>Carrier Network Solutions, LLC<br>12/09 N Osceola [1-1]<br>Attempted | $245.00 |
| NS1Z | Nationally Arranged Service-48 Hour Service<br>Mostrom Eric<br>12/09 N Osceola [2-1]<br>Attempted | $25.00 |
| NSDZ | Nationally Arranged Service-24 Hour Service<br>Carrier Network Solutions, LLC<br>12/21 N [3-1]<br>Attempted | $150.00 |
| NSDZ | Nationally Arranged Service-24 Hour Service<br>Carrier Network Solutions, LLC<br>12/21 N [3-2]<br>Attempted 2nd address | $120.00 |
| NSDZ | Nationally Arranged Service-24 Hour Service<br>Mostrom Eric<br>12/21 C [4-1]<br>Attempted | $25.00 |

| NS1Z | Nationally Arranged Service-48 Hour Service<br>Carrier Network Solutions, LLC<br>12/21 C Apex [5-1]<br>Attempted | $195.00 |
|------|-----------------------------------------------------------------------------------------------------------------|---------|
| NS1Z | Nationally Arranged Service-48 Hour Service<br>Carrier Network Solutions, LLC<br>12/21 C Apex [5-2]<br>Attempted 2nd address | $140.00 |
| NS1Z | Nationally Arranged Service-48 Hour Service<br>Mostrom Eric<br>12/21 N Apex [6-1]<br>Attempted | $25.00 |
| NS1Z | Nationally Arranged Service-48 Hour Service<br>Carrier Network Solutions, LLC<br>01/14 N Osceola [7-1]<br>Attempted | $250.00 |
| NS1Z | Nationally Arranged Service-48 Hour Service<br>Mostrome Eric<br>01/07 N Osceola [8-1]<br>Attempted | $25.00 |
|      |                                                                                                                 |         |
|      | Customer Service:<br>John Levesque (612) 349-9521 jlevesque@metrolegal.com |         |

Includes any applicable fuel surcharge. Please give us your feedback on our performance at www.metrolegal.com/pages/commentsandsuggestions. There will be no charge if we are unable to complete your request due to circumstances within our control. We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur. Under no circumstances can we be held responsible for consequential or incidental damages.

| Total | $1,200.00 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,200.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please include our invoice number with your payment.

Tammy Hahn
Lathrop GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402-

| **Invoice** | **3299979** |
|-------------|-------------|
| **Invoice Date** | **1/14/2021** |
| Billing Ref | 0709235 |

| **Balance Due** | **$1,200.00** |
|-----------------|---------------|

**Metro Legal Services, Inc.**

330 2nd Avenue South
Suite 150
Minneapolis, MN 55401

**Invoice 3300405**
**Invoice Date:  1/18/2021**



330 2nd Avenue South
Suite 150
Minneapolis, MN 55401
Phone: 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

Service of Process
Court Filings
Public Records Searches
Real Property Recordings
Courier Service
Nationally Arranged Services
Skip Tracing & Investigations

**Send To:**

Tammy Hahn
Lathrop GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402-

| CUST ID Order Number | Bill Reference | Terms | Order Date |
|---|---|---|---|
| LATGPL  2463245 | 0709235 | Net 30 | 1/14/2021 |

| Item | Description | Amount |
|---|---|---|
| LP4E | Legal Process Service - 48 Hr Rate<br>Eric Mostrom<br>01/15 C Forest Lake [1-1] | $95.00 |
| LP4E | Legal Process Service - 48 Hr Rate<br>Carrier Network Solutions, LLC<br>01/15 C Forest Lake [2-1] | $15.00 |
|  |  |  |
|  | Customer Service:<br>Rick Sinner (612) 349-9549 rsinner@metrolegal.com |  |

Includes any applicable fuel surcharge.  Please give us your feedback on our performance at www.metrolegal.com/pages/commentsandsuggestions.  There will be no charge if we are unable to complete your request due to circumstances within our control.  We will do everything reasonably possible to effectively complete your request to your stated specifications and deadline and/or keep you informed of any delays or problems which occur.  Under no circumstances can we be held responsible for consequential or incidental damages.

| | |
|---|---|
| **Total** | $110.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $110.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please include our invoice number with your payment.

Tammy Hahn
Lathrop GPM LLP
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402-

**Invoice**          **3300405**
**Invoice Date**          **1/18/2021**
Billing Ref          0709235

| **Balance Due** | **$110.00** |
|---|---|

**Metro Legal Services, Inc.**

330 2nd Avenue South
Suite 150
Minneapolis, MN 55401